JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIA MARIE SHEPHERD, | No. 2:24-cv-11069-AJR |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| LEE DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 4/09/2025

_____
HON. A. JOEL RICHLIN
United States Magistrate Judge